No. 03–5417. MENDEZ v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 03–5419. BYNUM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5420. THOMPSON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–5421. WEEKLY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5422. THOMAS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–5423. LYONS v. LEE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 03–5425. SUNDSBOE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5426. SANCHEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5427. DAVIS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–5428. DETOMASO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5430. MURPHY v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–5432. JARA v. GALAZA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–5435. COPELAND v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–5437. CERDA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5438. DAVIS, AKA PARKER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.